UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
Lafayette Division

ERIC LOYD,

    Plaintiff,

v.

NATIONAL CREDIT SYSTEMS, INC., et al.,

    Defendant.

Case No. 4:17-cv-00043-JTM-JEM

**DEFENDANT EQUIFAX INFORMATION SERVICES LLC'S
MOTION FOR INITIAL ENLARGEMENT OF TIME TO RESPOND TO PLAINTIFF'S
COMPLAINT**

Defendant Equifax Information Services LLC ("Equifax"), by counsel, and pursuant to Local Rule 6-1(b) of the United States District Court for the Northern District of Indiana, respectfully moves the Court for an enlargement of time of ten days (10) days to file its answer or other responsive motion to Plaintiff's Complaint. In support of its Motion, Equifax states as follows:

1. On May 22, 2017, Plaintiff, Eric Loyd, filed an action against Defendants, Experian Information Solutions, Inc., National Credit Systems, Inc., Hunter Warfield, Inc., Trans Union, LLC, and Equifax Information Services, LLC.

2. Equifax was served with a Complaint and Summons on or about May 30, 2017, and a response is due on or before Tuesday, June 20, 2017.

3. Equifax requires additional time to investigate the allegations and claims made in Plaintiff's Complaint in order to prepare its answer or other responsive motion. This matter may be ripe for a motion to dismiss.

4. Equifax requests an extension of ten (10) days, up to and including, June 30, 2017, to file its answer or other responsive motion. No other requests for extension of time have been made by Equifax in this litigation.

5. Counsel for Equifax requested Plaintiff's agreement to an extension of time of ten (10) days, to file its answer or other responsive motion. Plaintiff's counsel indicated no opposition to an extension for an answer, but opposes extending the deadline to file a responsive motion by ten (10) days. Plaintiff's bifurcated opposition is untenable under the Rules of Procedure that provide for the filing of motions under Rule 12 to be made within the deadline to file an answer to Plaintiff's complaint.

6. N.D. Ind. L.R. 6-1 permits that requests for extension may be made by written motion. This Motion complies with N.D. Ind. L.R. 6-1 by stating (i) the original deadline, (ii) the requested new deadline, and (iii) counsel's good-faith efforts to obtain agreement of opposing counsel.

7. This Motion is made in good faith and not for the purposes of delay.

WHEREFORE, Defendant, Equifax Information Services LLC, respectfully requests the Court grant its Motion for an enlargement of time of ten (10) days, through and including Friday, June 30, 2017, to file its answer or other responsive motion to Plaintiff's Complaint.

Respectfully submitted this 19th day of June, 2017.

/s/ Paul W. Coughenour
Paul W. Coughenour
Clark Hill PLC
151 S. Old Woodward
Suite 200
Birmingham, MI 48009
Phone: 248.988.5862
Fax: 248.988.2518
Email: pcoughenour@clarkhill.com
Attorneys for Equifax Information Services LLC

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 19th day of June, 2017, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Brian L Ponder
Brian Ponder LLP
200 Park Ave Ste 1700
New York, NY 10166

Justin T Walton
William R Brown
Schuckit & Associates PC
4545 Northwestern Dr
Zionsville, IN 46077

                                                  /s/ *Paul W. Coughenour*
                                                  Paul W. Coughenour