UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

| | |
|---|---|
| ERIC LOYD, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>NATIONAL CREDIT SYSTEMS, INC.; )<br>HUNTER WARFIELD, INC.; )<br>TRANS UNION LLC, )<br>EQUIFAX INFORMATION SERVICES LLC, and )<br>EXPERIAN INFORMATION SOLUTIONS, INC.; )<br>)<br>Defendants. ) | Case No. 4:17-cv-00043-JTM-JEM |

**PLAINTIFF'S RESPONSE TO DEFENDANT EQUIFAX INFORMATION SERVICES LLC'S MOTION FOR INITIAL ENLARGEMENT OF TIME TO RESPOND TO PLANTIFF'S COMPLAINT**

Plaintiff ERIC LOYD ("Plaintiff"), in the interest of judicial efficiency, consents to the Motion [11] by Defendant EQUIFAX INFORMATION SERVICES LLC ("Equifax") for an order extending Equifax's time to respond to Plaintiff's Complaint [1] until and including, June 30, 2017.

Respectfully submitted,

Dated: June 19, 2017

s/ Brian L. Ponder
Brian L. Ponder, Esq. (NY: 5102751)
BRIAN PONDER LLP
200 Park Avenue, Suite 1700
New York, New York 10166
Telephone: (646) 450-9461
Facsimile: (646) 607-9238
Email: brian@brianponder.com
ATTORNEY FOR PLAINTIFF

**CERTIFICATE OF SERVICE**

I certify that a true copy of the foregoing was served upon all parties via CM/ECF.

Dated: June 19, 2017

s/ Brian L. Ponder
Brian L. Ponder, Esq. (NY: 5102751)

1